UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner<br><br>v.<br><br>███████,<br>██████████<br>    Respondent | )<br>)<br>)   C.A. No.<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITION PURSUANT TO 18 U.S.C. § 4246 FOR A HEARING TO
DETERMINE THE PRESENT MENTAL CONDITION OF AN IMPRISONED PERSON**

The United States of America ("Petitioner"), at the request of F. J. Bowers, Warden of the Federal Medical Center ("FMC") in Devens, Massachusetts, moves this Honorable Court for a hearing pursuant to 18 U.S.C. § 4246 to determine whether Respondent ████████ suffers from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another. In support of its Petition, the United States avers:

1.    Respondent is a pretrial defendant in the Western District of New York charged with depredation against property of the United States. Respondent currently ████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████. *See* 18 U.S.C. § 4241(d).

2.    Dr. Chad Brinkley, Ph.D., ABPP, is a Forensic Psychologist working for the Bureau of Prisons' ("BOP") Central Office Psychology Services Branch, currently assigned at FMC Devens. ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

[REDACTED].

3.\tPursuant to 18 U.S.C. § 4246(a), "[a] certificate filed under this subsection shall stay the release of the person pending completion of procedures contained in [§ 4246]."

4.\tA copy of Respondent's Forensic Report is attached as **Exhibit A**. [REDACTED]. Furthermore, at the present time, suitable arrangements for state custody and care of Respondent have not been located. A copy of the Request to the Interstate Compact Coordinator (ICC) to the State of New York is attached as **Exhibit C**. A copy of the declaration of FMC Devens Legal Assistant Cheryl Magnusson demonstrating Respondent's eligibility for appointment of counsel is attached as **Exhibit D**. [REDACTED].

5.\tBased on the above information and that set forth in the accompanying memorandum of law, Petitioner believes that there is clear and convincing evidence that [REDACTED].

WHEREFORE, pursuant to 18 U.S.C. § 4246, the United States respectfully moves for the Court to set a hearing to determine the present mental condition of Respondent; for an order finding that [REDACTED]; and for an order committing Respondent to the custody of the Attorney General for [REDACTED].



██████████████████████████████████████

████████████████████.

| | |
|---|---|
| Dated: September 25, 2024 | Respectfully submitted,<br><br>JOSHUA S. LEVY<br>Acting United States Attorney<br><br>By:  /s/ Julian N. Canzoneri<br>Julian N. Canzoneri<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>(617) 748-3170<br>julian.canzoneri@usdoj.gov |